IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DARYL GANDY,<br><br>             Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and TRANS UNION LLC,<br><br>             Defendants. | Civil Action No. 2:25-cv-11562-LVP-CI<br><br>District Judge Linda V. Parker<br><br>Magistrate Judge Curtis Ivy, Jr. |

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Daryl Gandy and Defendant Equifax Information Services, LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax only.

//

1

RESPECTFULLY SUBMITTED this 19th day of September 2025

| By: /s/*Tarek N. Chami* | */s/Jordan S. Bolton* |
|---|---|
| Tarek N. Chami – MI# P76407 | Taft Stettinius & Hollister LLP |
| CONSUMER JUSTICE LAW FIRM | Jordan S. Bolton (P66309) |
| 835 Mason St, Suite C349 | 27777 Franklin Road, Suite 2500 |
| Dearborn, MI 48124 | Southfield, MI 48034 |
| T: (313) 447-0488 | (248) 727-1449 |
| E: tchami@consumerjustice.com | jbolton@taftlaw.com |
| | |
| *Attorneys for Plaintiff,* | *Attorneys for Defendant Equifax* |
| *Daryl Gandy* | |

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

                                            **CONSUMER JUSTICE LAW FIRM**

                                            By: */s/ Tarek Chami*